UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re:                                                Chapter 11

DONALD L. WOLF, SR.,                                  Case No. 9:13-bk-14222-FMD

        Debtor.
_____/

**ORDER GRANTING DEBTOR'S *ORE TENUS* MOTION
TO TRANSFER VENUE EFFECTIVE IMMEDIATELY
AND RESERVING LIMITED JURISDICTION**

THIS CASE came on for hearing on June 18, 2014, at 9:30 a.m. (the "**Hearing**"), on the Debtor's *Ore Tenus* Motion to Transfer Venue requesting that the Court enter an order effectuating the transfer of this bankruptcy case to the United States Bankruptcy Court for the Northern District of Illinois, Western Division where the companion cases of *In re: Chardon, LLC*, Case No. 13-81373 as well as *In re*: Donald Wolf, Jr., Case No. 13-83571 and *In re*: David Wolf, Case No. 13-83572 are pending before the Honorable Thomas Lynch. For the reasons stated orally on the record in open court, it is hereby

ORDERED that:

1. The Debtor's *Ores Tenus* Motion to Immediately Transfer Venue to the Northern District of Illinois is hereby GRANTED.

2. The transfer of the Bankruptcy Case shall be effectuated by the Clerk of Court immediately upon entry of this Order.

2

3.  This Court reserves jurisdiction to enter orders on the remaining issues heard at the Hearing, which immediately upon entry shall be transmitted to the Illinois Bankruptcy Court.

**DONE AND ORDERED** in Fort Myers, Florida on June ___18___, 2014.

*(signature)*

CARYL E. DELANO
United States Bankruptcy Judge

Stephen R. Leslie, Esq. is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order

B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Wolf, Donald Lawrence Sr.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**xxx-xx-2888** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**2534 Eldorado Parkway West**<br>**Cape Coral, FL 33914**<br>ZIP CODE **33914-0000** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Lee** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):

**Type of Debtor** (Form of Organization) (Check one box.)
- [X] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [X] Other

**Chapter of Bankruptcy Code Under Which the Petition Is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [X] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:     Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [X] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**          THIS SPACE IS FOR COURT USE ONLY
- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**
- [X] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] OVER 100,000

**Estimated Assets**
- [ ] $0 to $50,000
- [ ] $50,001 to $100,000
- [ ] $100,001 to $500,000
- [ ] $500,001 to $1 million
- [X] $1,000,001 to $10 million
- [ ] $10,000,001 to $50 million
- [ ] $50,000,001 to $100 million
- [ ] $100,000,001 to $500 million
- [ ] $500,000,001 to $1 billion
- [ ] More than $1 billion

FILED 2013 OCT 28 PM 3:11 CLERK, US BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

**Estimated Liabilities**

| B1 (Official Form 1) (04/13) | | | | | | | | | | Page 2 |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion | |

B1 (Official Form 1) (04/13)                                                                                           Page 3

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Donald Lawrence Wolf, Sr.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)    (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                                                    Page 4

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Donald Lawrence Wolf, Sr. |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X /s/ Donald Lawrence Wolf, Sr.<br>Signature of Debtor Donald Lawrence Wolf, Sr.<br>X _____<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br>**October 23, 2013**<br>Date | **Signature of a Foreign Representative**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only one box.)<br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney**<br>X /s/ ~~James E. Stevens~~/James Karl<br>Signature of Attorney for Debtor(s)<br>~~James E. Stevens #6240~~/James Karl #0709451<br>Printed Name of Attorney for Debtor(s)<br>~~BARRICK, SWITZER, LONG, BALSLEY & VAN~~<br>~~EVERA~~/JAMES KARL & ASSOCIATES, PC<br>Firm Name<br>6833 Stalter Drive/678 Bald Eagle Drive<br>Rockford, IL 61108/Marco Island, FL 34143<br>Address<br>Email:jstevens@bslbv.com/jkalaws@yahoo.com<br>815-962-6611 Fax:962-1758/239-642-9988<br>Fax 239-934-7745<br>Telephone Number<br>**October 23, 2013**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>Signature of Authorized Individual<br>_____<br>Printed Name of Authorized Individual<br>_____<br>Title of Authorized Individual<br>_____<br>Date | Address<br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B1 (Official Form 1) (04/13)          Page 5

In re    __Donald Lawrence Wolf, Sr.__            Case No. _____
                             Debtor(s)

# FORM 1. VOLUNTARY PETITION

## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| Chardon II, LLC | 13-81372 | 6/01/13 |
| Northern District of Illinois, Western Division | Member | Thomas M. Lynch |
| Chardon, LLC | 13-81372 | 6/01/13 |
| Northern District of Illinois, Western Division | Member | Thomas M. Lynch |
| David M. Wolf | 13-83572 | 10/21/13 |
| Northern District of Illinois Western Division | son | Thomas Lynch |
| Donald L. Wolf, Jr. | 13-83571 | 10/21/13 |
| Northern District of Illinois, Western Division | son | Thomas Lynch |
| Intervest, LLC | 13-81372 | 6/01/13 |
| Northern District of Illinois, Western Division | Member | Thomas M. Lynch |
| The Rink of Crystal Lake, Inc. | 13-81372 | 6/01/13 |
| Northern District of Illinois, Western Division | Shareholder | Thomas M. Lynch |
| Wolf Business Center, Inc. | 13-81376 | 6/01/13 |
| Northern Distrit of IllinoisWestern Division | Shareholder | Thomas M. Lynch |
| Wolf Family Partnership, LLC | 13-81372 | 6/01/13 |
| Northern District of Illinois, Western Division | Shareholder | Thomas M. Lynch |
| Wolf Investments, Inc. | 13-81372 | 6/01/13 |
| Northern District of Illinois, Western Division | Shareholder | Thomas M. Lynch |
| Wolf Professional Center Corporation | 13-81372 | 6/01/13 |
| Northern District of Illinois, Western Division | Shareholder | Thomas M. Lynch |

B4 (Official Form 4) (12/07)

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

In re  **Donald Lawrence Wolf, Sr.**  
                                        Debtor(s)

Case No. _____  
Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Bank of the West<br>POB 4024<br>Alameda, CA 94501 | Bank of the West<br>POB 4024<br>Alameda, CA 94501 | 42' Regal Boat | | 281,320.55<br><br>(0.00 secured) |
| ColFin BAMO<br>2450 Broadway, 6th Floor<br>Torrance, CA 90505 | ColFin BAMO<br>2450 Broadway, 6th Floor<br>Torrance, CA 90505 | 321 Virginia Road<br>Crystal Lake, IL | | Unknown |
| ColFin BAMO<br>2450 Broadway, 6th Floor<br>Torrance, CA 90505 | ColFin BAMO<br>2450 Broadway, 6th Floor<br>Torrance, CA 90505 | 740 Industrial Drive<br>Cary, IL | | Unknown |
| ColFin BAMO<br>2450 Broadway, 6th Floor<br>Torrance, CA 90505 | ColFin BAMO<br>2450 Broadway, 6th Floor<br>Torrance, CA 90505 | 630 North Route 31<br>Cary, IL | | Unknown |
| ColFin BAMO<br>2450 Broadway, 6th Floor<br>Torrance, CA 90505 | ColFin BAMO<br>2450 Broadway, 6th Floor<br>Torrance, CA 90505 | 726 McHenry Avenue<br>Woodstock, IL | | Unknown |
| ColFin BAMO<br>2450 Broadway, 6th Floor<br>Torrance, CA 90505 | ColFin BAMO<br>2450 Broadway, 6th Floor<br>Torrance, CA 90505 | 500 Coventry<br>Crystal Lake, IL | | Unknown |
| Crystal Lake Bank<br>70 North Williams Street<br>Crystal Lake, IL 60014 | Crystal Lake Bank<br>70 North Williams Street<br>Crystal Lake, IL 60014 | 43 Barkley Circle<br>Ft. Meyers, FL | | Unknown |
| Crystal Lake Bank<br>70 North Williams Street<br>Crystal Lake, IL 60014 | Crystal Lake Bank<br>70 North Williams Street<br>Crystal Lake, IL 60014 | 6385 Presidential<br>Ft.Meyers, FL | | Unknown |
| Crystal Lake Bank<br>70 North Williams Street<br>Crystal Lake, IL 60014 | Crystal Lake Bank<br>70 North Williams Street<br>Crystal Lake, IL 60014 | 6290 & 6296<br>Corporate Court<br>Ft. Myers, FL | | Unknown |
| Crystal Lake Bank<br>70 North Williams Street<br>Crystal Lake, IL 60014 | Crystal Lake Bank<br>70 North Williams Street<br>Crystal Lake, IL 60014 | 4731 Lapeer Road<br>Kimbel Township, MI | | 1,605,000.00 |
| Old Second National Bank<br>1078 E. Wilson Street<br>Batavia, IL 60510 | Old Second National Bank<br>1078 E. Wilson Street<br>Batavia, IL 60510 | 382 Linn Avenue<br>Crystal Lake, IL | | Unknown |

B4 (Official Form 4) (12/07) - Cont.

In re    Donald Lawrence Wolf, Sr. _____    Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Old Second National Bank 1078 E. Wilson Street Batavia, IL 60510 | Old Second National Bank 1078 E. Wilson Street Batavia, IL 60510 | 421 N. Northwest Highway Barrington, IL 509 No. Northwest Highway Barington, IL | | Unknown |
| Visa Card Member Services POB 94014 Palatine, IL 60094 | Visa Card Member Services POB 94014 Palatine, IL 60094 | credit card | | 526.40 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Donald Lawrence Wolf, Sr., the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   10 - 25 - 2013          Signature  _Donald L Wolf Sr._
                                Donald Lawrence Wolf, Sr.
                                Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Bank of the West
POB 4024
Alameda, CA 94501


ColFin BAMO
2450 Broadway, 6th Floor
Torrance, CA 90505


ColFin BAMO
2450 Broadway, 6th Floor
Torrance, CA 90505


ColFin BAMO
2450 Broadway, 6th Floor
Torrance, CA 90505


ColFin BAMO
2450 Broadway, 6th Floor
Torrance, CA 90505


ColFin BAMO
2450 Broadway, 6th Floor
Torrance, CA 90505


Crystal Lake Bank
70 North Williams Street
Crystal Lake, IL 60014


Crystal Lake Bank
70 North Williams Street
Crystal Lake, IL 60014


Crystal Lake Bank
70 North Williams Street
Crystal Lake, IL 60014


Crystal Lake Bank
70 North Williams Street
Crystal Lake, IL 60014


Crystal Lake Bank
70 North Williams Street
Crystal Lake, IL 60014

```
First Merit Bank
c/o Seyfarth Shaw
131 South Dearborn Street, Ste 2400
Chicago, IL 60603


Old Second National Bank
1078 E. Wilson Street
Batavia, IL 60510


Old Second National Bank
1078 E. Wilson Street
Batavia, IL 60510


Visa Card Member Services
POB 94014
Palatine, IL 60094
```